# IN THE SUPREME COURT OF THE STATE OF NEVADA

EARL LEE MCMILLIAN,
    Appellant,
vs.
THE STATE OF NEVADA,
    Respondent.

No. 72616

**FILED**

APR 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
  DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court denying a presentence motion to withdraw a guilty plea. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Our review of this appeal reveals a jurisdictional defect. An order denying a presentence motion to withdraw a guilty plea is not a final appealable order; the decision may be challenged on appeal from the judgment of conviction. NRS 177.015(3); NRS 177.045; *Hargrove v. State*, 100 Nev. 498, 686 P.2d 222 (1984). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Richard Scotti, District Judge
Earl Lee McMillian
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Feliciano Law Offices LLC

SUPREME COURT
OF
NEVADA

(O) 1947A

2